UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Sheri Ann Butler Brockington

    Plaintiff,

v.

    Case No. 1:25-cv-00195

Board and Brush, LLC

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Sheri Ann Butler Brockington**,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

☐ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

☐ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☒ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

(Signature–hand signed)

Name: Anthony Paronich
Firm: Paronich Law, P.C.
Address: 350 Lincoln Street, Suite 2400
    Hingham, MA 02043

Email address: (617) 485-0018