# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| **SHERI BUTLER BROCKINGTON, on behalf of herself and all others similarly situated.** ) ) ) ) ) *Plaintiff* ) ) v. ) ) ) **BOARD AND BRUSH, LLC** ) ) *Defendant* | Civil Action No. 1:25-CV-195 |

## AFFIDAVIT OF SERVICE

I, Gregg Anderle , state:

I am a Private Process Server, 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Board and Brush, LLC in Waukesha County, WI on July 16, 2025 at 4:52 pm at 117 Hill St., Hartland, WI 53029 by leaving the following documents with Kelli Metzger who as Employee is authorized by appointment or by law to receive service of process for Board and Brush, LLC.

SUMMONS IN A CIVIL ACTION AND COMPLAINT

Additional Description:
The Employee returned to the business. I asked her position and title, and if she was authorized to accept on behalf of the owner. She responded yes. I presented all the paperwork to her directly.

White Female, est. age 25-34, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=43.1044909,-88.3483155
Photograph: See Exhibit 1


Total Cost: $119.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Racine County , WI on 7/18/2025 .

/s/ *Gregg Anderle*
Signature
Gregg Anderle
+1 (262) 758-0768



Exhibit 1a)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and all others similarly situated, *Plaintiff(s)* | )<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 1:25-CV-195 |
| BOARD AND BRUSH, LLC, *Defendant(s)* | )<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Board and Brush, LLC
117 Hill St.
Hartland, WI 53029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
P: (508) 221-1510
anthony@paronichlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/18/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-195

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Board and Brush, LLC
was received by me on *(date)* 7/16/2025 12:14 PM .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* with Kiel Metzger who as Employee , who is designated by law to accept service of process on behalf of *(name of organization)*
Board and Brush, LLC on *(date)* July 16, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/18/2025

/s/ Gregg Anderle

Server's signature

Gregg Anderle

Printed name and title

2409 Green Haze Ave, Mount Pleasant, WI 53406

Server's address

Additional information regarding attempted service, etc: