# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON,<br>Plaintiff,<br><br>v.<br><br>BOARD AND BRUSH, LLC,<br>Defendant. | CIVIL ACTION NO. 1:25-cv-00195-CLC-MJD |

---

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING
---

Defendant Board and Brush, LLC, ("Defendant") respectfully files this *Consent Motion for Extension of Time to File a Responsive Pleading*.

The current deadline to file a response is August 6, 2025. Defendant's counsel has conferred with counsel for Plaintiff and Plaintiff consents to a 30-day extension of the deadline for Defendant to file a responsive pleading through and including September 5, 2025. Defendant's Counsel was just retained and requires additional time to investigate the claims and file an appropriate responsive pleading. Further, the parties are discussing resolution to avoid continued litigation fees and costs.

WHEREFORE, Defendant Board and Brush, LLC respectfully requests this Court to enter an Order extending the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint through and including September 5, 2025.

A Proposed Order is attached hereto.

DATED: August 6, 2025

    Respectfully submitted,

    GORDON REES SCULLLY MANSUKHANI LLP

    */s/ Heather M. Gwinn*
    Heather M. Gwinn, BPR # 025931
    4031 Aspen Grove Drive, Suite 290
    Franklin, TN  37067
    Telephone: (615) 772-9000
    Facsimile: (615) 970-7490
    hgwinn@grsm.com

    *Attorneys for Defendant*
    *Board and Brush, LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on August 6, 2025, I did cause a true and correct copy of the within *CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING* to be filed and served electronically on all counsel of record, whom are indicated below, via CM/ECF:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

    */s/ Ginger M. Fox*
    GORDON & REES SCULLLY MANSUKHANI LLP