IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, <br> Plaintiff, <br><br> v. <br><br><br> BOARD AND BRUSH, LLC, <br> Defendant. | CIVIL ACTION NO. 1:25-cv-00195-CLC-MJD |

## [PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Before the Court is the Defendant's *Consent Motion for Extension of Time to Respond to Complaint* and to extend the time for Defendant Board and Brush, LLC to answer or otherwise respond to Plaintiff's Complaint. For good cause shown, the Motion is **GRANTED/DENIED**. Defendant shall have until September 5, 2025 to Answer, move, or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED this _____ day of August, 2025.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE MICHAEL J DUMITRU