IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON,<br>Plaintiff,<br><br>v.<br><br>BOARD AND BRUSH, LLC,<br>Defendant. | CIVIL ACTION NO. 1:25-cv-00195-CLC-MJD |

### [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Before the Court is the Defendant's *Consent Motion for Extension of Time to Respond to Complaint* and to extend the time for Defendant Board and Brush, LLC to answer or otherwise respond to Plaintiff's Complaint. For good cause shown, the Motion is **GRANTED/DENIED**. Defendant shall have until September 19, 2025 to Answer, move, or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED this \_\_\_\_ day of September, 2025.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE MICHAEL J DUMITRU