IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, <br> Plaintiff, <br><br> v. <br><br><br> BOARD AND BRUSH, LLC, <br> Defendant. | ) CIVIL ACTION NO. 1:25-cv-00195-CLC-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Before the Court is the Defendant's *Consent Motion for Extension of Time to Respond to Complaint* and to extend the time for Defendant Board and Brush, LLC to answer or otherwise respond to Plaintiff's Complaint. For good cause shown, the Motion is **GRANTED/DENIED**. Defendant shall have until October 10, 2025 to Answer, move, or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED this \_\_\_\_ day of September, 2025.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE MICHAEL J D

Case 1:25-cv-00195-CLC-MJD    Document 13-1    Filed 09/19/25    Page 1 of 1
PageID #: 40