UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

SHERI BUTLER BROCKINGTON, )
)
*Plaintiff,* )
) Case No. 1:25-cv-195
v. )
) Judge Curtis L. Collier
BOARD AND BRUSH, LLC, ) Magistrate Judge Dumitru
)
*Defendant.* )

## O R D E R

Defendant was served with the complaint in this matter on July 18, 2025. (Doc. 8.) Defendant has received three extensions of time to answer or otherwise respond to the Plaintiff's complaint. (Docs. 10, 12, 14.) Defendant has not yet answered the complaint.

Under Rule 12(a), a defendant must serve an answer within twenty-one days after being served with the summons and complaint. This deadline, as extended, has expired. Therefore, it is hereby **ORDERED** that **within fourteen (14) days** of the date of entry of this Order:

(1) Defendant shall respond to the complaint; **OR**

(2) Plaintiff shall move for entry of default pursuant to Rule 55(a); **OR**

(3) Plaintiff shall show cause why her claims should not be dismissed pursuant to Rule 41(b).

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**